Catharine M. Tolson, Esq. SBN 271223
GOODMAN NEUMAN HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, California 94108
Telephone: (415) 705-0400

ctolson@gnhllp.com

Attorneys for plaintiff
GRANGE INSURANCE ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANGE INSURANCE ASSOCIATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCCORMICK BARSTOW LLP, and DOES 1-10,<br><br>Defendants. | Case No. 1:25-cv-00694-JLT-SKO<br><br>**GRANGE INSURANCE ASSOCIATION'S VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN that plaintiff GRANGE INSURANCE ASSOCIATION voluntarily dismisses the above-captioned action without prejudice pursuant to Fed.R.Civ.Pro. 41(a).

Dated: June 16, 2025                GOODMAN NEUMAN HAMILTON, LLP

                                */s/ Catharine M. Tolson*
                        By: _____
                            Catharine M. Tolson, Esq.
                            Counsel for Plaintiff GRANGE
                            INSURANCE ASSOCIATION

1
NOTICE OF VOLUNTARY DISMISSAL                CASE NO. 1:25-CV-00694-JLT-SKO