# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANGE INSURANCE ASSOCIATION,** | No. 1:25-cv-00694-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| **MCCORMICK BARSTOW LLP, and DOES 1-10**, | (Doc. 8) |
| Defendants. | |

On June 16, 2025, Plaintiff filed a Notice of Voluntary Dismissal of Action Pursuant to FRCP 41(a)(1)(A)(i) notifying the Court that this case is voluntarily dismissed. (Doc. 8.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: __June 18, 2025__          _/s/ Sheila K. Oberto_
                                 UNITED STATES MAGISTRATE JUDGE